THE ARGUS COMPANY, Respondent, v. HELEN BRESLIN, Appellant.— Order unanimously affirmed, with costs.

WALTER S. ARCHIBALD, as Trustee in Bankruptcy of EXCELSIOR BAG & TENT COMPANY, INC., Appellant, v. JOHN PANAGOULAPOULOS, Respondent, Impleaded with CHARLES A. OTIS and Others, Comprising the Partnership of OTIS & Co., Appellants.— Judgment modified by deducting from the judgment against plaintiff $10,150, the price of 5,000 unaccepted tents, and by striking out the costs against Otis & Co., and as so modified affirmed, without costs. All concur, except Kiley, J., dissenting upon the ground that the judgment should be modified by fixing the claim of the respondent at nineteen cents a tent for 145,000 tents, amounting to $27,350; striking out the costs against Otis & Co.; and further that the respondent has no lien upon the money and it should be paid to the referee in bankruptcy. [See *post*, p. 940.]

JAMES W. BALLARD, as Receiver of the KEYSTONE GUARD, Appellant, Respondent, v. SARATOGA NATIONAL BANK OF SARATOGA SPRINGS, NEW YORK, Respondent, Appellant.— Order affirmed, with costs. All concur, except Woodward and Kiley, JJ., who dissent and vote to reinstate the verdict of the jury.

COOPER-SNELL COMPANY, Claimant, Appellant, v. THE STATE OF NEW YORK, Respondent. (1549A.)— Under section 275 of the Code of Civil Procedure, as amended by chapter 481 of the Laws of 1919, this court has no jurisdiction to hear this appeal. [See 193 App. Div. 192.]

COOPER-SNELL COMPANY, Claimant, Appellant, v. THE STATE OF NEW YORK, Respondent. (1688A.) — Under section 275 of the Code of Civil Procedure, as amended by chapter 481 of the Laws of 1919, this court has no jurisdiction to hear this appeal. [See 193 App. Div. 192.]

FULD & HATCH KNITTING COMPANY, Respondent, v. RUDOLPH SCHREIBER, Appellant.— Appeal withdrawn on stipulation.

GEORGE S. HATCHER, Respondent, v. UNITED AMERICAN IRON AND STEEL COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Kiley, J., dissenting on the ground that the verdict is excessive.